**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ACEE MASCHANG, : No. 777 MAL 2014
:
Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
TAX CLAIM BUREAU OF PIKE COUNTY, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.